# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES NORWOOD ,

       Petitioner,

   v.

CAPTAIN RADTKE, Correctional Officer at Columbia Correctional Inst. (C.C.I.); JANEL NICKEL, Security Director at C.C.I.; GREG GRAMS, Warden at C.C.I.; DR. VANDENBROOK, Psychological Services at C.C.I.; ANDREA NELSON Psychological Services at C.C.I.; AMY MILLARD, Complaint Examiner at C.C.I.; MARY LEISER, Complaint Examiner at C.C.I.; MARC CLEMENTS, Complaint Reviewer at C.C.I.; TOM GOZINSKE, Complaint Examiner at Dept. Of Corr.; AMY SMITH, Office of Secretary at D.O.C.; RICK RAEMISCH, Secretary at D.O.C.; CAPTAIN WINSLOW-STANLEY, Correctional Officer at C.C.I.; FIRST SHIFT SGT, Correctional Officer at C.C.I., WELCOME ROSE, C.C.E. at Madison Office, and BURT TAMMINGA, I.C.E. at C.C.I.,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 06-C-634-C

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    This case is dismissed against respondents.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel

by Deputy Clerk

11/20/07
_____
Date